**Electronically Filed
Supreme Court
SCWC-10-0000188
24-JUL-2013
10:05 AM**

SCWC-10-0000188

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

COUNTY OF HAWAIʻI, a municipal
corporation of the State of Hawaiʻi,
Respondent/Plaintiff-Appellee,

vs.

UNIDEV, LLC, a Delaware limited liability company,
Petitioner/Defendant and Counterclaimant-Appellant,

vs.

COUNTY OF HAWAIʻI, a municipal corporation of the State of
Hawaiʻi, HAWAII ISLAND HOUSING TRUST, a Hawaiʻi corporation; and
WAIKOLOA WORKFORCE HOUSING, LLC, a Hawaiʻi limited liability
company, Respondents/Counterclaim Defendants-Appellees,
(CIVIL NO. 09-1-264K)

----------------------------------------------------

COUNTY OF HAWAIʻI, a municipal
corporation of the State of Hawaiʻi,
Respondent/Plaintiff-Appellant,

vs.

UNIDEV, LLC, a Delaware limited liability company,
and UNIDEV HAWAII, LLC, a Delaware limited
liability company, Petitioners/Defendants-Appellees.
(CIVIL NO. 10-1-427K)

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-10-0000188;[1] CIVIL NOS. 09-1-264K and 10-1-427K)

---

[1]     CAAP-11-0000019 was consolidated with CAAP-10-0000188 on November
23, 2011.

<u>ORDER OF CORRECTION</u>
(By:  Acoba, J.)

Upon review of the Opinion of the court filed on May 22, 2013, it appears that footnotes 11 and 12 are repetitive. Therefore,

IT IS HEREBY ORDERED that footnote 11 is deleted from the opinion.

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED:  Honolulu, Hawaiʻi, July 24, 2013.

/s/ Simeon R. Acoba, Jr.

Associate Justice

